Andre Sylvester WATTS, Appellant,

v.

John D. ASHCROFT, U.S. Attorney General, Appellee.

No. 03–5165.

United States Court of Appeals, District of Columbia Circuit.

Dec. 29, 2003.

2

Andre Sylvester Watts, pro se, Glenville, WV, for Appellant.

Warden, Andre Sylvester Watts, Fed Reg No. 13799-083, Federal Correctional Institution, Glenville, WV, for Appellant.

R. Craig Lawrence, Assistant U.S. Attorney, U.S. Attorney's Office, Washington, DC, for Appellee.

R. Craig Lawrence, Assistant U.S. Attorney, U.S. Attorney's Office, (USA) Civil Appellate, Washington, DC, for Appellee.

Before GINSBURG, Chief Judge, and HENDERSON and RANDOLPH, Circuit Judges.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. It is

ORDERED AND ADJUDGED that the district court's final judgment filed February 26, 2003, and the orders filed March 27, 2003, April 28, 2003, and May 21, 2003 be affirmed. Appellant may not challenge his District of Columbia conviction in federal court unless his remedy under D.C.Code Ann. § 23–110(g) is inadequate or ineffective to test the legality of his detention. *See, e.g., Blair–Bey v. Quick,* 151 F.3d 1036, 1042–43 (D.C.Cir.1998). The section 23–110 remedy is not considered inadequate or ineffective simply because the requested relief has been denied. *See Garris v. Lindsay,* 794 F.2d 722, 725 (D.C.Cir.), *cert. denied,* 479 U.S. 993, 107 S.Ct. 595, 93 L.Ed.2d 595 (1986).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.

*See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.